**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1305**

In re:  CEI, LLC, a/k/a Communications Electrical Industries, LLC,

Debtor.

------------------------------------------------

RONALD LIVESAY AND BRENDA LIVESAY FAMILY TRUST,

Appellant,

BRENDA L. LIVESAY,

Party-in-Interest - Appellant,

v.

KENNETH W. LIVESAY; GLOBAL FIBER, LLC,

Defendants - Appellees,

LANGDON MCILROY COOPER, Trustee in Bankruptcy for CEI, LLC a/k/a Communications Electrical Industries, LLC,

Trustee - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:18-cv-00279-MOC)

Submitted: March 18, 2020                    Decided:  April 2, 2020

Before WILKINSON and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles R. Brewer, Gary A. Dodd, Asheville, North Carolina, for Appellants. Don Rodney Kight, Jr., Daniel A. Zlatnik, KIGHT LAW OFFICE, PC, Asheville, North Carolina; Langdon McIlroy Cooper, MULLEN, HOLLAND & COOPER, PA, Gastonia, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda L. Livesay and the Ronald Livesay and Brenda Livesay Family Trust appeal from the district court's order affirming the bankruptcy court's order approving the settlement of the trustee's adversary proceeding against Kenneth Livesay and Global Fiber, LLC. We have reviewed the record submitted on appeal and the arguments of the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Livesay v. Livesay*, No. 1:18-cv-00279-MOC (W.D.N.C. Feb. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*